IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMONE HONEYCUTT, JERESA WHITE, and SHANTEL SAGO, individually and on behalf of similarly situated individuals, ) ) ) ) Plaintiffs, ) ) v. ) ) TEA DATING ADVICE, INC. ) ) Defendant. ) | Case No. 1:25-cv-10885 Hon. Martha Pacold |

**NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Tea Dating Advice, Inc. ("Tea Dating"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states as follows:

1. Tea Dating has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Tea Dating identifies the following affiliates who directly or indirectly own 5% or more of Tea Dating: Sean Cook, Benjamin Perlmutter, WC Investor Three Holdings, LLC, WC Opportunity Holdings LP, K Investment Management Co LLC, and Super Unlimited, Inc.

Dated: September 12, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Katharine H. Walton
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200

Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Tea Dating Advice, Inc.*

Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Tea Dating Advice, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record. I further certify that copies were served via first-class mail and email on:

    Eugene Y. Turin
    Jordan R. Frysinger
    McGuire Law, P.C.
    55 W. Wacker Drive, 9th Floor
    Chicago, IL 60601
    Tel: (312) 893-7002
    eturin@mcgpc.com
    jfrysinger@mcgpc.com

*/s/ Katharine H. Walton*