**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SMONE HONEYCUTT, JERESA WHITE, and SHANTEL SAGO, individually and on behalf of similarly situated individuals, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-10885 |
| | ) | |
| v. | ) | |
| | ) | Hon. Martha Pacold |
| TEA DATING ADVICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT TEA DATING ADVICE, INC.'S UNOPPOSED LOCAL RULE 40.4 AND FEDERAL RULE OF CIVIL PROCEDURE 42(A) MOTION FOR FINDING OF RELATEDNESS AND CONSOLIDATION

Pursuant to Local Rule 40.4 and Federal Rule of Civil Procedure 42(a), Defendant Tea Dating Advice, Inc. ("Tea Dating"), by and through its undersigned counsel, hereby moves for an order finding that this case and *Diaz v. Tea Dating Advice, Inc.*, No. 1:25-cv-10895 (N.D. Ill.); *Perry v. Tea Dating Advice, Inc.*, No. 1:25-cv-12045 (N.D. Ill.); and *Valdez v. Tea Dating Advice, Inc.*, No. 1:25-cv-12050 (N.D. Ill.) are related, reassigning them to this Court's docket, consolidating all four cases, and ordering that a consolidated amended complaint be filed. Support for this motion is found in the accompanying brief.

Counsel for Tea Dating conferred with counsel for Plaintiffs Smone Honeycutt, Jeresa White, and Shantel Sago ("Plaintiffs") in this action, and Plaintiffs consent to relatedness and consolidation. Pursuant to Local Rule 40.4(c), Tea Dating will file a Notice of Filing of this motion in the *Diaz*, *Perry*, and *Valdez* cases.

Dated: October 6, 2025

Respectfully submitted,

By: */s/ Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record. I further certify that I caused a true copy of the foregoing document to be served via email and first-class mail on October 6, 2025, to:

Eugene Y. Turin
Jordan R. Frysinger
McGuire Law, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Jay Kumar
211 W. Wacker Dr, Suite 200B
Chicago, IL 60606
Tel: 312-767-7903
Jay@jaykumarlaw.com

*/s/ Katharine H. Walton*