IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMONE HONEYCUTT, JERESA WHITE, and SHANTEL SAGO, individually and on behalf of similarly situated individuals, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEA DATING ADVICE, INC. )<br><br>Defendant. ) | Case No. 1:25-cv-10885<br><br>Hon. Martha Pacold |

### DEFENDANT TEA DATING ADVICE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO RESET DEADLINE TO SUBMIT JOINT INITIAL STATUS REPORT

On October 6, 2025, Defendant Tea Dating Advice, Inc. ("Tea Dating") filed a Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation ("Relatedness Motion"). (ECF Nos. 11, 12, 12-1.) Tea Dating hereby moves, by and through its undersigned counsel, for an extension of time to answer or otherwise respond to the complaint pending ruling on the Relatedness Motion and to reset the deadline to submit a Joint Initial Status Report. In support of this Motion, Tea Dating states as follows:

1. Plaintiffs filed their complaint in the Circuit Court of Cook County on August 6, 2025.

2. Tea Dating timely removed the action to the Northern District of Illinois on September 10, 2025 and requested an unopposed 30-day extension of time to respond to the Complaint. (ECF No. 7.)

3. Tea Dating's deadline to answer or otherwise plead is October 17, 2025. (ECF No. 8.)

4. On October 6, 2025, Tea Dating filed a Relatedness Motion in connection with four putative class action cases filed against Tea Dating which purport to assert claims under the Illinois Biometric Information Privacy Act, all pending in the Northern District of Illinois: (ECF No. 11, 12, 12-1).

    a. *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.)

    b. *Diaz v. Tea Dating Advice, Inc.*, No. 1:25-cv-10895 (N.D. Ill.)

    c. *Perry v. Tea Dating Advice, Inc.*, No. 1:25-cv-12045 (N.D. Ill.)

    d. *Valdez v. Tea Dating Advice, Inc.*, No. 1:25-cv-12050 (N.D. Ill.)

5. To conserve the Court's and the Parties' resources, and to avoid wastefully duplicative litigation, Tea Dating respectfully requests 30 days from the date of filing of an amended consolidated complaint to answer or respond. If Tea Dating's Relatedness Motion is denied, Tea Dating respectfully requests 30 days from the date of denial to answer or respond to the *Honeycutt* Plaintiffs' Complaint. (ECF No. 1-1.)

6. The Parties also respectfully request that the Court strike the October 21, 2025 deadline to submit a Joint Initial Status Report and reset the deadline after ruling on the Relatedness Motion.

7. This is Tea Dating's second request for an extension of time.

8. Counsel for Tea Dating conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested.

WHEREFORE, Defendant Tea Dating Advice, Inc. respectfully requests that this Court enter an Order that (1) Tea Dating's deadline to respond to the complaint will be 30 days from the date of filing of a consolidated amended complaint if its Relatedness Motion is granted or 30 days from the date of ruling on the Relatedness Motion if the Relatedness Motion is denied, and (2)

striking the October 21, 2025 deadline to submit an Initial Joint Status Report and resetting it after a decision is issued.

Dated: October 6, 2025

Respectfully submitted,

By: */s/ Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*