**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Honeycutt v. Tea Dating Advice, Inc.

Case Number: 1:25-cv-10885

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff

Attorney name (type or print): Namrita Arora

Firm: McGuire Law, P.C.

Street address: 55 W Wacker Dr. Floor 9

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6352633
(See item 3 in instructions)

Telephone Number: 3122100005

Email Address: nimmi@mcgpc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 2, 2025

Attorney signature: S/ Namrita Arora
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023