**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Smone Honeycutt, et al.
       Plaintiff,
v.              Case No.: 1:25−cv−10885
              Honorable Martha M. Pacold
Tea Dating Advice, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

  MINUTE entry before the Honorable Martha M. Pacold: Motion hearing held on 2/12/2026. Defendant's motion to reassign case, [11], is granted for the reasons stated on the record. The court enters a finding of relatedness and consolidation. Enter Order. Since all reassigned cases (*Diaz v. Tea Dating Advice, Inc.*, No. 1:25−cv−10895 (N.D. Ill.); *Perry v. Tea Dating Advice, Inc.*, No. 1:25−cv−12045 (N.D. Ill.); and *Valdez v. Tea Dating Advice, Inc.*, No. 1:25−cv−12050 (N.D. Ill.)) will be consolidated with this case, those dockets will be closed once reassigned. Going forward, all filings should be made on this docket (*Honeycutt et al v. Tea Dating Advice, Inc.*, 1:25−cv−10885 (N.D. Ill.)). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.