**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SMONE HONEYCUTT, JERESA WHITE, and SHANTEL SAGO, individually and on behalf of similarly situated individuals, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-10885 |
| | ) | |
| v. | ) | |
| | ) | Hon. Martha Pacold |
| TEA DATING ADVICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER RELATING AND CONSOLIDATING CASES,**
**SETTING RESPONSIVE PLEADING DEADLINES,**
**AND APPOINTING INTERIM CLASS COUNSEL**

Pending before the Court is Defendant Tea Dating Advice, Inc.'s ("Tea Dating") Unopposed Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation, (ECF Nos. 11, 12, 12-1), and Unopposed Motion for Extension of Time and To Reset Deadline to Submit Joint Initial Status Report, (ECF No. 13). Having considered the motions, the Court hereby grants the motions and orders as follows:

1.      Tea Dating's Unopposed Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation is GRANTED;

2.      The following cases are deemed related to *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.) and reassigned to this Court's docket pursuant to Local Rule 40.4:

      a.   *Diaz v. Tea Dating Advice, Inc.*, No. 1:25-cv-10895 (N.D. Ill.)

      b.   *Perry v. Tea Dating Advice, Inc.*, No. 1:25-cv-12045 (N.D. Ill.)

      c.   *Valdez v. Tea Dating Advice, Inc.*, No. 1:25-cv-12050 (N.D. Ill.)

3.     The Court consolidates all four actions. Going forward, the consolidated case proceedings will be under docket No. 1:25-cv-10885, and the other three docket numbers will be closed.

4.     For purposes of this action and the consolidated matters identified in this Order, the Court appoints Evan M. Meyers of McGuire Law, P.C. as Interim Class Counsel, pursuant to Fed. R. Civ. P. 23(g). Defendant reserves all rights and defenses with respect to, and in opposition of, certification of any class in this matter, and all such rights and defenses remain unaffected by this Order.

5.     The named Plaintiffs in all four cases shall file a consolidated amended complaint by March 16, 2026.

6.     Tea Dating shall respond to the amended consolidated complaint by April 30, 2026.

7.     The deadline to file a Joint Initial Status Report is extended to May 7, 2026.

8.     The Court approves the following briefing and argument schedule with respect to Tea Dating's response to Plaintiffs' Consolidated Amended Complaint:

| | |
|---|---|
| Plaintiffs' Consolidated Amended Complaint | March 16, 2026 |
| Tea Dating's Motion to Dismiss | April 30, 2026 |
| Plaintiffs' Opposition to the Motion to Dismiss | June 19, 2026 |
| Tea Dating's Reply in Support of the Motion to Dismiss | July 20, 2026 |
| Joint Status Report Proposing Time Limits and Format for Oral Argument | July 30, 2026 |
| Oral Argument on Motion to Dismiss | October 8, 2026, at 10:00 a.m. |

9.     With respect to the Motion to Dismiss, the opening brief and opposition brief may include up to 25 pages, and the reply brief may include up to 20 pages.

10.     Counsel for all parties, including counsel for the plaintiffs in the *Diaz*, *Perry*, and *Valdez* matters, have approved the terms set forth in the Proposed Order submitted to the Court.


Dated: February 26, 2026                    /s/ Martha M. Pacold
                                            Martha M. Pacold
                                            U.S. District Court Judge