**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the Order entered on February 26, 2026, by the Hon. Martha M. Pacold in case 25 CV 10885, *Honeycutt et al v. Tea Dating Advice, Inc.,* that the cases listed below be consolidated, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Pacold shall preside over these consolidated proceedings and each case be reassigned from the assigned judges listed below to Judge Pacold and Magistrate Judge Keri L. Holleb Hotaling as the designated magistrate judge; and

It is further ordered that the cases below be administratively closed and all future filings in these cases shall be filed in 25 CV 10885, *Honeycutt et al v. Tea Dating Advice, Inc.*

| CASE | TITLE | JUDGE |
|---|---|---|
| 25 CV 10895 | *Diaz v. Tea Dating Advice, Inc.* | Jenkins |
| 25 CV 12045 | *Perry v. Tea Dating Advice, Inc.* | Alexakis |
| 25 CV 12050 | *Valdez v. Tea Dating Advice, Inc.* | Perry |

ENTER:

FOR THE EXECUTIVE COMMITTEE:

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 26th day of February, 2026