**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Smone Honeycutt, et al.
Plaintiff,
v.
Tea Dating Advice, Inc.
Defendant.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2026:

MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report [30], the current schedule [19] stands. In addition to the topics listed in [19] for the 7/30/26 joint status report (proposing time limits and format for oral argument), the 7/30/26 joint status report should (1) confirm that the parties have exhausted settlement possibilities; (2) if not, state whether settlement discussions are ongoing or could be productive and whether the parties request the court's assistance with settlement; and (3) include any request for a further joint status report or status hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.