**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SMONE HONEYCUTT, JERESA WHITE, SHANTEL SAGO, JASMINE VALDEZ, RODNEKA PERRY, ERIC DIAZ, MARK SULLIVAN, and CRAIG HATFIELD, individually and on behalf of similarly situated individuals, | ) | Case No. 1:25-cv-10885 |
| | ) | Hon. Martha Pacold |
| Plaintiffs, | ) | |
| v. | ) | |
| TEA DATING ADVICE, INC. | ) | |
| Defendant. | ) | |

**<u>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiffs Smone Honeycutt, Jeresa White, Shantel Sago, Jasmine Valdez, Rodneka Perry, Eric Diaz, Mark Sullivan, and Craig Hatfield ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an order extending Plaintiffs' time to respond to Defendant Tea Dating Advice, Inc.'s ("Defendant") Motion to Dismiss (Dkt. 27), up to and including July 6, 2026. In support of their Motion, Plaintiffs state as follows:

1. On March 16, 2026, Plaintiffs filed their Consolidated Amended Complaint. (Dkt. 23.)

2. On February 26, 2026, this Court entered a Scheduling Order setting a briefing schedule for Defendant's Motion to Dismiss. (Dkt. 19.)

3. In accordance with the February 26, 2026 Scheduling Order entered by the Court (Dkt. 19), Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint on April 30, 2026. (Dkts. 27, 28.)

4. Plaintiffs' response to Defendant's Motion to Dismiss is currently due on June 19, 2026.

5. Plaintiffs request a short extension, until July 6, 2026 (to account for the July 3 holiday), to respond to Defendant's Motion to Dismiss. Good cause exists for Plaintiffs' requested extension so that Plaintiffs may adequately brief the complex issues raised by Defendant's Motion to Dismiss, and in light of Plaintiffs' counsel's preexisting obligations during the original briefing period, including preparing and filing their reply brief in *Banks v. CoStar Realty Information, Inc.*, No. 25-3320, currently pending before the Eighth Circuit.

6. In light of this proposed extension, Plaintiffs similarly propose extending Defendant's deadline to file its reply in support of its Motion to Dismiss to August 3, 2026, and extending the Parties' deadline to file their Joint Status Report Proposing Time Limits and Format for Oral Argument to August 13, 2026.

7. This is Plaintiffs' first request for an extension, and the extension is sought in good faith and not for the purpose of delay.

8. Counsel for Plaintiffs conferred with Defendant's counsel, and Defendant's counsel consents to the requested extension.

WHEREFORE, Plaintiffs respectfully request that this Court extend Plaintiffs' deadline to respond to Defendant's Motion to Dismiss to July 6, 2026, extend Defendant's deadline to file its reply to August 3, 2026, extend the Parties' deadline to file their Joint Status Report Proposing

Time Limits and Format for Oral Argument to August 13, 2026, and grant such further relief as the Court deems just and proper.

DATED: June 19, 2026

Respectfully submitted,

By: /s/ *Jordan R. Frysinger*
One of Plaintiffs' Attorneys

Evan Meyers
Eugene Y. Turin
Jordan R. Frysinger
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
eturin@mcgpc.com
jfrysinger@mcgpc.com

Jay Kumar
**JAY KUMAR LAW**
211 W. Wacker Drive, Suite 200B
Chicago, IL 60606
Tel: (312) 767-7903
Jay@jaykumarlaw.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312)233-1550
(312)233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Jordan R. Frysinger*