**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Smone Honeycutt, et al.
Plaintiff,
v.
Tea Dating Advice, Inc.
Defendant.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiffs' unopposed motion for extension of time to respond to defendant's motion to dismiss, [32], is granted. Plaintiffs' response to defendant's motion to dismiss to be filed by 7/6/2026. Defendant to file its reply in support of its motion to dismiss by 8/3/2026. By 8/13/2026, the parties shall file a joint status report proposing time limits and format for the 10/8/2026 oral argument. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.