**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Smone Honeycutt, et al.

Plaintiff,

v.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

Tea Dating Advice, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed plaintiffs' unopposed motion for remand [34]. By 7/27/2026, plaintiffs are directed to submit supplemental briefing on several questions, with citations to relevant Seventh Circuit and other caselaw: (1) Does the court have subject matter jurisdiction over plaintiffs' claims under 740 ILCS 14/15(d)? (2) Does the court have authority under 28 U.S.C. § 1447(c) to remand only some of the claims in this case, when that statute explicitly authorizes remand of "cases," not "claims"? (3) Were plaintiffs' claims under 740 ILCS 14/15(c) originally brought in their respective state court cases, and if not, does the court have authority to remand those claims under 28 U.S.C. § 1447(c)? (4) This action constitutes what were originally four distinct state court cases, and so if the court were to remand the Section 15(a) and 15(c) claims, would that entail four separate remands to the state court dockets? (5) In light of all of the above, is the better approach in this case to dismiss without prejudice plaintiffs' claims under Sections 15(a) and 15(c), allowing plaintiffs to refile those claims in state court? See Burlinski v. Top Golf USA Inc., 2020 WL 5253150, at *8 (N.D. Ill. Sept. 3, 2020) (dismissing without prejudice BIPA claims over which the court lacked subject matter jurisdiction to allow plaintiffs to refile in state court). Finally, while defendant is not required to submit briefing on these questions, defendant may submit briefing by the deadline if it wishes to. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.