**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Smone Honeycutt, et al.
Plaintiff,
v.
Tea Dating Advice, Inc.
Defendant.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Order dated 8/4/2026 [40] is amended as follows: Plaintiffs have discharged their obligations under the court's July 9, 2026, show−cause order [35]. Furthermore, for the reasons stated in the accompanying order, the motion to remand [34] is granted. The court severs plaintiffs' claims arising out of alleged violations of 740 Ill. Comp. Stat. 14/15(a) & (c) and directs the Clerk to remand those claims to the Circuit Court of Cook County and the Circuit Court of Will County forthwith, as specified in greater detail in the accompanying order. Enter Order. The court retains jurisdiction over plaintiffs' remaining claims. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.