**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton** **312-435-5670**
Clerk

August 5, 2026

Mariyana T. Spyropoulos
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

Re: Honeycutt et al v. Tea Dating Advice, Inc.
USDC Case Number: 1:25-cv-10885
Circuit Court Case Number: 2025CH09023

Dear Clerk:

A certified copy of an order entered on 08/05/2026 by the Honorable Martha M. Pacold, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois, is herewith transmitted to you for your files.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ R. Cornejo
Deputy Clerk

Enclosure(s)