**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SMONE HONEYCUTT, JERESA WHITE, SHANTEL SAGO, JASMINE VALDEZ, RODNEKA PERRY, ERIC DIAZ, MARK SULLIVAN, and CRAIG HATFIELD, individually and on behalf of similarly situated individuals, | ) | Case No. 1:25-cv-10885 |
| | ) | Hon. Martha Pacold |
| Plaintiffs, | ) | |
| v. | ) | |
| TEA DATING ADVICE, INC. | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 11, 2026 Minute Entry (Dkt. 31), Plaintiffs Smone Honeycutt, Jeresa White, Shantel Sago, Jasmine Valdez, Rodneka Perry, Eric Diaz, Mark Sullivan, and Craig Hatfield and Defendant Tea Dating Advice, Inc. (together, the "Parties"), submit the following Joint Status Report:

## I. Oral Argument Format

On August 4, 2026, the Court ordered Plaintiffs to file an amended complaint by August 18, 2026, omitting the claims brought under Sections 15(a) and 15(c) of the Illinois Biometric Information Privacy Act, 740 ILCS 14/15(a), (c). (Dkt. 41). Because Plaintiffs do not intend to make changes to the Illinois Right of Publicity Act ("IRPA") claim in the amended complaint, the Parties propose that the prior briefing on the IRPA claim stand.

The Parties propose that oral argument be conducted in-person in Courtroom 2325, with 15 minutes for each side for principal argument and 5 minutes for rebuttal for the movant.

## II. Status of Settlement Discussions

### A. Exhaustion of Settlement Possibilities

Defendant requested a settlement demand from Plaintiffs but have not yet received a demand.

### B. Request for Court Assistance

The Parties do not request the Court's assistance with settlement at this time.

### C. Further Joint Status Report or Status Hearing

The Parties do not request a status hearing at this time.

Dated: August 13, 2026

Respectfully submitted,

MCGUIRE LAW, P.C.

By: /s/ Ethan D. Coniglio
Evan M. Meyers
Eugene Y. Turin
Jordan R. Frysinger
Ethan D. Coniglio
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
eturin@mcgpc.com
jfrysinger@mcgpc.com
econiglio@mcgpc.com

Jay Kumar
**JAY KUMAR LAW**
211 W. Wacker Drive, Suite 200B
Chicago, IL 60606
Tel: (312) 767-7903
Jay@jaykumarlaw.com

Ryan F. Stephan
James B. Zouras

BAKER & HOSTETLER LLP

By: /s/ Bonnie Keane DelGobbo
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone:(312)416.6200
Facsimile:(312)416.6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

Catherine Mitchell Duffy
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312)233-1550
(312)233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiffs*

*Attorneys for Tea Dating Advice, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Ethan D. Coniglio*