**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Smone Honeycutt, et al.
Plaintiff,
v.
Tea Dating Advice, Inc.
Defendant.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report [45], the parties' proposed time limits and format for the 10/8/26, 10:00 a.m. argument are adopted as follows: The argument will be conducted in−person in Courtroom 2325, with 15 minutes for each side for principal argument and 5 minutes for rebuttal for the movant. By 9/17/26, the parties should file an updated status report (1) confirm that the parties have exhausted settlement possibilities and request to proceed with the 10/8/26 argument; (2) if the parties have not exhausted settlement possibilities, state whether settlement discussions are ongoing or could be productive and whether the parties request the court's assistance with settlement; and (3) include any request for a further joint status report or status hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.