**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SMONE HONEYCUTT, JERESA WHITE, SHANTEL SAGO, JASMINE VALDEZ, RODNEKA PERRY, ERIC DIAZ, MARK SULLIVAN, and CRAIG HATFIELD, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TEA DATING ADVICE, INC.<br><br>Defendant. | Case No. 1:25-cv-10885<br><br>Hon. Martha Pacold |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's August 24, 2026 Minute Entry (Dkt. 48), Plaintiffs Smone Honeycutt, Jeresa White, Shantel Sago, Jasmine Valdez, Rodneka Perry, Eric Diaz, Mark Sullivan, and Craig Hatfield and Defendant Tea Dating Advice, Inc. (together, the "Parties"), submit the following Joint Status Report:

The Parties are actively engaged in settlement discussions which remain ongoing and could be productive. The Parties do not request the Court's assistance with settlement at this time.

The Parties do not request a status hearing at this time but request a further joint status report by October 1, 2026 to update the Court on the status of settlement discussions and whether the Parties would like to proceed with the October 8, 2026 oral argument.

Dated: September 17, 2026

MCGUIRE LAW, P.C.

By: */s/ Jordan R. Frysinger*
Evan Meyers
Eugene Y. Turin
Jordan R. Frysinger
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
eturin@mcgpc.com
jfrysinger@mcgpc.com

Jay Kumar
**JAY KUMAR LAW**
211 W. Wacker Drive, Suite 200B
Chicago, IL 60606
Tel: (312) 767-7903
Jay@jaykumarlaw.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312)233-1550
(312)233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Bonnie Keane DelGobbo*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone:(312)416.6200
Facsimile:(312)416.6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Tea Dating Advice, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Jordan R. Frysinger*