**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Smone Honeycutt, et al.
Plaintiff,
v.
Tea Dating Advice, Inc.
Defendant.

Case No.: 1:25−cv−10885
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The motion to dismiss Count III of Plaintiffs' Consolidated Class Action Complaint, [27], is denied, and the oral argument set for 10:00 a.m. on 10/8/26 in Courtroom 2325, [48], is stricken. quot;Rarely will the face of the complaint so clearly prove the opponent's affirmative defense that immediate dismissal... will be proper." *Luna Vanegas v. Signet Builders, Inc.*, 46 F.4th 636, 640 (7th Cir. 2022). The complaint does not clarify whether female users or the Tea Dating Advice would be the publisher for purposes of Section 230 or the First Amendment. Without clarification as to those facts, the court cannot conclude plaintiffs pleaded themselves "out of court by pleading facts that establish an impenetrable defense." *Tamayo v. Blagojevich*, 526 F.3d 1074, 1086 (7th Cir. 2008). Meanwhile, plaintiffs allege that the Tea App "publicly displays the names, photos, and profiles of all the men within its database, including the male Non−User Plaintiffs, to users of the Tea App. to advertise and promote Defendant's premium services which includes reverse image searching, a background check tool, and criminal record and court document searches." [23] ¶ 58. That allegation states a claim under the Right of Publicity Act, which prohibits "us[ing] an individual's identity for commercial purposes during the individual's lifetime without having obtained previous written consent." 765 ILCS 1075/30. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.