**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SMONE HONEYCUTT, JERESA WHITE, SHANTEL SAGO, JASMINE VALDEZ, RODNEKA PERRY, ERIC DIAZ, MARK SULLIVAN, and CRAIG HATFIELD, individually and on behalf of similarly situated individuals, | ) | Case No. 1:25-cv-10885 |
| | ) | Hon. Martha Pacold |
| Plaintiffs, | ) | |
| v. | ) | |
| TEA DATING ADVICE, INC. | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 28, 2026, Minute Entry (Dkt. 51), Plaintiffs Smone Honeycutt, Jeresa White, Shantel Sago, Jasmine Valdez, Rodneka Perry, Eric Diaz, Mark Sullivan, and Craig Hatfield and Defendant Tea Dating Advice, Inc. (together, the "Parties"), submit the following Joint Status Report:

The Parties are actively engaged in settlement discussions which remain ongoing and could be productive. The Parties request that the Court set a further deadline of October 28, 2026 for the Parties to submit a further joint status reporting updating the Court on whether settlement discussions remain ongoing or whether a scheduling order should be set, including a deadline for Defendant to file an answer to the complaint.

Dated: October 14, 2026

Respectfully submitted,

MCGUIRE LAW, P.C.

By: */s/ Jordan R. Frysinger (with consent)*

Evan Meyers
Eugene Y. Turin
Jordan R. Frysinger
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
eturin@mcgpc.com
jfrysinger@mcgpc.com

Jay Kumar
**JAY KUMAR LAW**
211 W. Wacker Drive, Suite 200B
Chicago, IL 60606
Tel: (312) 767-7903
Jay@jaykumarlaw.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312)233-1550
(312)233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

*Attorneys for Plaintiffs*

BAKER & HOSTETLER LLP

By: */s/ Bonnie DelGobbo*

Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone:(312)416.6200
Facsimile:(312)416.6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Tea Dating Advice, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Bonnie DelGobbo*